UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>MOOSENETBIZ, LLC, et al<br><br>　　　　Defendants. | Case No. 2:12-cv-06771-SVW-JC<br>Hon. Stephen V. Wilson<br><br>**ORDER ON JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>J S - 6<br><br>Complaint filed: August 7, 2012 |

**ORDER**

**IT IS SO ORDERED**

　　　　By stipulation of the parties and good cause having been shown, Plaintiff's Complaint filed August 7, 2012 and all claims thereto shall be dismissed with prejudice.

Dated: November 8, 2012

*[signature: Stephen V. Wilson]*
_____
The Honorable Stephen V. Wilson
U.S. Federal District Judge
Central District of California

---

**JOINT STIPULATION DISMISSING ALL CLAIMS IN
PLAINTIFF'S COMPLAINT - CV12-06771 SVW (JC)**